## IN RE TAXES L. N. MacCOMISKEY.

## No. 2170.

ARGUED SEPTEMBER 20, 1934.    DECIDED OCTOBER 24, 1934.

COKE, C. J., BANKS AND PARSONS, JJ.

*Per Curiam.* By stipulation of the parties on file herein it is agreed that the facts and issues of law involved herein, for the purpose of this appeal, are the same as presented in *"In re Taxes Henry A. White,"* being No. 2169 in this court. The decision rendered in the latter cause is therefore controlling here. The decision of the tax appeal court is affirmed and the appeal herein dismissed.

*R. L. Forbes* (*Robertson & Castle* on the briefs) for the taxpayer.

*G. P. Kimball,* Deputy Attorney General (also on the brief), for the assessor.